Helen Eisser, Respondent, v. The John Hancock Mutual Life Insurance Company of Boston, Massachusetts, Appellant.

(Submitted January 6, 1936; decided January 14, 1936.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 269 N. Y. 516.)

The New York Lumber Trade Association et al., Appellants, v. Martin Lacey, Individually and as President of the Transportation Trades Council of the Port of New York and Vicinity, et al., Respondents, Impleaded with Others.

(Submitted January 6, 1936; decided January 14, 1936.)

Motion to amend remittitur granted. Return of remittitur requested and when returned it will be amended by adding thereto, after the words " and the same hereby is affirmed with costs," the following: " this court having held that if there is any illegality in defendants' action it arises from encroachment upon rights regulated by the Shipping Act; and that while this court has jurisdiction of the Labor Unions, yet the courts of this State should not grant an injunction until the Shipping Board has by its order defined the plaintiffs' rights." (See 269 N. Y. 595.)